**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Beantown Home Services, Inc., | } | Civil Action No. 24-cv-12689-PBS |
| Plaintiff, | } | |
| | } | Hon. Judge Patti B. Saris |
| v. | } | |
| | } | |
| Beantown Home Improvements, Inc. | } | JURY TRIAL DEMANDED |
| Defendant. | } | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Beantown Home Services, Inc. and Defendant Beantown Home Improvements, Inc., by and through their respective undersigned counsel, hereby jointly stipulating and agreeing that all claims that were raised or could have been raised by Plaintiff against Defendant be dismissed with prejudice, that all claims and counterclaims that were or could have been raised by Defendant against Plaintiff be dismissed with prejudice, and that each party will bear its owns costs and attorneys' fees.

Date: January 6, 2026                           Respectfully submitted,


                                                */s/ Thomas P. O'Connell*
                                                Thomas P. O'Connell (BBO# 567,644)
                                                (tpo@oconnellusa.com)
                                                O'CONNELL LAW OFFICE
                                                1026A Massachusetts Avenue
                                                Arlington, MA 02476
                                                Phone: 781.643.1845
                                                Facsimile: 781.643.1846

                                                **ATTORNEY FOR PLAINTIFF**
                                                **BEANTOWN HOME SERVICES, INC.**

1

*/s/ Ryan J. Lutrario*
Ryan J. Lutrario, Esq. (#706687)
Savage Law Partners, LLP
564 South Water Street
Providence, RI 02903
(401) 238-8500
rlutrario@savagelawpartners.com

**ATTORNEY FOR DEFENDANT**
**BEANTOWN HOME IMPROVEMENTS, INC.**

2

**CERTIFICATE OF SERVICE**

I hereby certify that this **Joint Stipulation of Dismissal with Prejudice** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this the 6th day of January, 2026.

*/s/ Thomas P. O'Connell*